IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO,<br>        Plaintiff,<br>vs.<br>SANTA CLARA COUNTY MAIN JAIL, et al.,<br>        Defendants. | No. C 11-06407 JW (PR)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE HIS <u>IN FORMA PAUPERIS</u> APPLICATION |

On December 19, 2011, plaintiff filed this <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983. The same day, the clerk of the Court sent a notification to plaintiff that he must file an <u>in forma pauperis</u> application or pay the full filing fee to avoid dismissal of the action. (Docket No. 3.) On January 9, 2012, plaintiff filed an <u>in forma pauperis</u> application. (Docket No. 5.) However, this application is deficient as plaintiff has failed to submit a copy of his prisoner trust account statement showing transactions for the last six months.

In the interest of justice, the Court will grant plaintiff an extension of time to file the missing document, <u>i.e.</u>, a copy of his prisoner trust account statement showing transactions for the last six months, **no later than thirty (30) days** from the date this order is filed. In the alternative, plaintiff may pay the full $350.00

filing fee.

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

IT IS SO ORDERED.

DATED: April 10, 2012

JAMES WARE
United States District Chief Judge

Order Granting Extension of Time to File In Forma Pauperis Application
G:\PRO-SE\JW-SF\CR-11\Castillo-11-6407_eot_ifp.wpd       2