IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER JAMES CASTILLO, | ) ) ) | No. C 11-06407 JW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) ) | |
| SANTA CLARA COUNTY MAIN JAIL, et al., | ) ) ) | |
| Defendants. | ) ) | |

On December 19, 2011, Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. The same day, the clerk of the Court notified Plaintiff that he must file an in forma pauperis application or pay the full filing fee to avoid dismissal of the action. (Docket No. 3.) On January 9, 2012, Plaintiff filed an incomplete in forma pauperis application; Plaintiff failed to submit a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 5.) The Court granted Plaintiff an extension of time to May 10, 2012, to file the missing document, i.e., a copy of his prisoner trust account statement showing transactions for the last six months or, in the alternative, pay the full $350.00 filing fee. (Docket No. 6.) On April 24, 2012, Plaintiff filed another incomplete in forma pauperis application. (Docket No. 7.) He again failed to submit a copy of his prisoner trust

account statement showing transactions for the last six months.

The extended deadline granted by the Court has passed, and Plaintiff has neither paid the filing fee, filed a complete in forma pauperis application, nor explained his failure to do so. Accordingly, this case is DISMISSED without prejudice. See Fed. R. Civ. P. 41(b).

The Clerk shall close this file and terminate all pending motions as moot.

IT IS SO ORDERED.

DATED: May 31, 2012

_____
JAMES WARE
United States District Chief Judge

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\11-6407 JW Order of Dismissal - Santa Clara County Main Jail.wpd