United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | CHRISTOPHER JAMES ) | No. C 11-06407 JW (PR) |
| | CASTILLO, ) | |
| 12 | Plaintiff, ) | ORDER OF DISMISSAL |
| | ) | |
| 13 | vs. ) | |
| | ) | |
| 14 | ) | |
| | SANTA CLARA COUNTY MAIN ) | |
| 15 | JAIL, et al., ) | |
| | ) | |
| 16 | Defendants. ) | |
| 17 | ) | |

18          On December 19, 2011, Plaintiff filed this pro se civil rights action pursuant

19   to 42 U.S.C. § 1983.  The same day, the clerk of the Court notified Plaintiff that he

20   must file an in forma pauperis application or pay the full filing fee to avoid dismissal

21   of the action.  (Docket No. 3.)  On January 9, 2012, Plaintiff filed an incomplete in

22   forma pauperis application; Plaintiff failed to submit a copy of his prisoner trust

23   account statement showing transactions for the last six months.  (Docket No. 5.)

24   The Court granted Plaintiff an extension of time to May 10, 2012, to file the missing

25   document, i.e., a copy of his prisoner trust account statement showing transactions

26   for the last six months or, in the alternative, pay the full $350.00 filing fee.  (Docket

27   No. 6.)  On April 24, 2012, Plaintiff filed another incomplete in forma pauperis

28   application.  (Docket No. 7.)  He again failed to submit a copy of his prisoner trust

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\11-6407 JW Order of Dismissal - Santa Clara County Main Jail.wpd

1    account statement showing transactions for the last six months.

2    The extended deadline granted by the Court has passed, and Plaintiff has

3    neither paid the filing fee, filed a complete <u>in forma pauperis</u> application, nor

4    explained his failure to do so.  Accordingly, this case is DISMISSED without

5    prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

6    The Clerk shall close this file and terminate all pending motions as moot.

7

8    IT IS SO ORDERED.

9

10   DATED: <u>May 31, 2012</u>



JAMES WARE
United States District Chief Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
C:\Users\noblew\Desktop\Scanned Documents\11-6407 JW Order of Dismissal - Santa Clara County Main Jail.wpd

**United States District Court**
For the Northern District of California